DANIEL G. BOGDEN
United States Attorney
KATHLEEN BLISS
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES KNOWN AS: 4099 HALF MOON BAY CITY OF LAS VEGAS COUNTY OF CLARK STATE OF NEVADA | 2:08-mj-00655-PAL<br><br>GOVERNMENT'S MOTION TO UNSEAL CASE |

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Kathleen Bliss, Assistant United States Attorney, and hereby moves this Court to unseal the above-captioned matter, including the affidavit and return. Disposition of this matter was made on October 28, 2008, and therefore, there is no reason for the matter to remain sealed.

DATED this  3rd  day of November 2011.

DANIEL G. BOGDEN
United States Attorney

KATHLEEN BLISS
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES KNOWN AS:<br>4099 HALF MOON BAY<br>CITY OF LAS VEGAS<br>COUNTY OF CLARK<br>STATE OF NEVADA | 2:08-mj-00655-PAL<br><br>ORDER TO UNSEAL |

Based on the Government's Motion to Unseal the matter in the above-captioned case and good cause appearing, therefore

IT IS SO ORDERED that the case, including the affidavit and return be unsealed.

DATED this __10th__ day of November 2011.

_____
PEGGY A. LEEN
United States Magistrate Judge